27323. DeKALB COUNTY v. DIXIE BOTTLE & BEVERAGE COMPANY et al.

GRICE, Presiding Justice. This is a related case to *DeKalb County v. Empire Distributors, Inc.*, 229 Ga. 497, and also *DeKalb County v. Allstate Beer, Inc.*, 229 Ga. 483. The ruling made on the decisive issues in these cases operates adversely to the appellant here. Therefore, the appeal is not meritorious.

*Judgment affirmed. All the Justices concur.*
ARGUED JULY 11, 1972—DECIDED SEPTEMBER 7, 1972—
REHEARING DENIED SEPTEMBER 25, 1972.

*George P. Dillard, Herbert O. Edwards, Robert E. Mozley,* for appellant.

*Rich, Bass, Kidd & Broome, Robert K. Broome, Casper Rich, Arthur K. Bolton, Attorney General,* for appellees.